# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MELVIN WOODSON**  **PLAINTIFF**

**vs.**  **3:08CV00112-WRW**

**WILLIAM D. JUSTICE**  **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. No. 15) in which Plaintiff asks the Court for a voluntary dismissal of his case without prejudice pursuant to Fed. R. Civ. P. 41.

Plaintiff's Motion is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of July, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE